# ORIGINAL

FILED

2004 MAR 11 PM 3: 49

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHARLES H. MOORE
40 Cedar Lane
Sierra City, CA
Telephone: 530-862-1282

*IN PRO PER*

39

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRIOT SCIENTIFIC CORPORATION, | Case No. C 03 5787 (SBA) |
| Plaintiff, | **DECLARATION OF CHARLES H. MOORE IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO CIVIL L.R. 6-3** |
| v. | |
| FUJITSU MICROELECTRONICS AMERICA, INC., CHARLES H. MOORE, TECHNOLOGY PROPERTIES LTD., and DANIEL E. LECKRONE. | |
| Defendants. | |

I, Charles H. Moore, declare:

1.    I am one of the defendants in this action.

2.    I was served with the Summons and Complaint on February 27, 2004. My response is currently due on March 11, 2004.

3.    I am seeking a 30-day extension to file my response so I can obtain counsel who can prepare an appropriate response.

4.    My co-defendant Dan Leckrone, who has been in communication with Patriot and its counsel Russel Beatie, requested an extension of time on my behalf. Mr. Beatie refused to grant the extension. True and correct copies of e-mail correspondence between Messrs. Leckrone and Beatie are attached hereto as Exhibits A, B and C.

these patents was improper between Russell, the named co-inventor, and myself, the other co-inventor named on the patent. Absent proper legal advice and representation in the lawsuit, these valuable legal rights could be lost or impaired.

     6.     Since the complaint was only served on me on February 20, 2004, I have neither sought nor been granted any extension of time.

     7.     I believe that the requested extension of time would have no material impact on the schedule for the case. To my knowledge, no party has yet responded to the complaint. A telephonic case management conference is scheduled for April 8, 2004.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     EXECUTED this _11_ th day of March, 2004 at _Scotts City_, California.

                               By: _____
                                        Charles H. Moore

# EXHIBIT A

**Subject:** FW: --- TELECON / ANSWER DATE

**From:** sanjose [mailto:sanjose@tplgroup.net]
**Sent:** Monday, March 08, 2004 3:23 PM
**To:** Cap Beatie Esq
**Cc:** Roger L Cook; carljohnson@equiplace.com; Janet E Neal
**Subject:** TELECON / ANSWER DATE

Cap:

A. TELECON

    Roger Cook has relayed to me your request for a conversation.

    We are eager to discuss the situation, and to work towards a solution which protects and enhances the value of the Patent Assets which are so vital to both parties --- the sooner the better.

    San Francisco emerged earlier as a good location since it seems to be relatively convenient for several of the Patriot Directors.

    Both Thursday and Friday work for us --- pls advise at your earliest so arrangements can be finalized.

B. ANSWER DATE

    Incidentally, Answers in the litigation appear to be due on Thursday 11 MAR and it would be productive to extend that date by 30 days to avoid further complications.

    Pls confirm your agreement to extend the Answer date by return email.

DAN LECKRONE    direct line: 408-835-1689

San Jose Office:    London Office:
v: 408-243-9898    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-431-100
f: 408-296-6637    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-431-144
e: sanjose@tplgroup.net  london@tplgroup.net

# EXHIBIT B

**Subject:** FW: BEATIE RESPONSE --- TELECON / ANSWER DATE

-----Original Message-----
**From:** bhunter [mailto:bhunter@bandolaw.com]
**Sent:** Monday, March 08, 2004 2:44 PM
**To:** sanjose@tplgroup.net
**Subject:** RE: TELECON / ANSWER DATE

mr leckrone     i am baffled and do not intend to risk any claim of impropriety by you, having read the decisions in cases in which you were a party. if you represent yourself, i will not transact business with you until you file a notice of appearance in the cases. if you represent moore or tpl, you may not speak for them until you file an appearance as their counsel. if you speak informally on behalf of anyone, including yourself, i will not transact business until those for whom you act confirm it in a writing signed by them and addressed to me. if roger cook has some role as a lawyer in these matters, i cannot speak to you at all without his consent; and if he does have some role that can be verified, i assume that he is old and experienced enough to speak directly to me without you acting as some screening mechanism.

       ----- as far as answers are concerned, i am not aware that an answer is due from you because our process server has been unable to serve you. i personally believe you are avoiding service. do not think that will be effective. in my forty years of experience it has never kept anyone out of a litigation. we would prefer to behave like gentlemen and serve you without hiring a private investigator to roam in your neighborhood asking disturbing questions of your neighbors. however, service comes before niceties, and i am about to retain the necessary gumshoe to do the honors. hence, i grant no extension for your answer and have explained why you cannot seek one for anyone else in the preceding paragraph. last, i do not detect any "complications" by having your answer to our simple complaint in a timely manner. if you wish to practice law, i suggest you do it in a proper way if you know how.          russel beatie

3/9/2004

# EXHIBIT C

**Subject:** FW: BEATIE PS --- FW: TELECON / ANSWER DATE

-----Original Message-----
**From:** bhunter [mailto:bhunter@bandolaw.com]
**Sent:** Monday, March 08, 2004 3:06 PM
**To:** sanjose@tplgroup.net
**Subject:** RE: TELECON / ANSWER DATE

p.s.   i see that i did not address your usual request for a meeting with the attendqnt emergency schedule. we are scattered for now and not available for a meeting this week unless you can make a convincing case for "for time of the essence." your constant reference to beneficial arrangements in the interests of all have no ring of reality after all this time of evasion on your part of non-substantive responses. if you wish a meeting, send us a list of proposed terms and conditions you would consider. the only writing we have from you, according to you, has many demands that are "off the table" although we have nothing from you removing them, e.g., the demand for payments to you and your company, etc. if a proposal appears reasonable and within workable parameters, we would be pleased to meet; buty we do not intend to fly all over the country to hear your speech about worming your way into boardrooms when you have had some relationship with the commercialization of the patents since your early agreement with russel fish fifteen years ago...what have you achieved in that extraordinarily long period of time?

-----Original Message-----
**From:** sanjose [mailto:sanjose@tplgroup.net]
**Sent:** Monday, March 08, 2004 5:13 PM
**To:** Cap Beatie Esq
**Cc:** 'Cook, Roger L. '; carljohnson@equiplace.com; carljohnson@adelphia.net; Janet E Neal
**Subject:** FW: TELECON / ANSWER DATE

Cap:

    My earlier email addressing the date for "Answering"   should
have referred to "Responding" --- pls consider my  request for an
extension amended accordingly.

DAN LECKRONE       direct line: 408-835-1689

San Jose Office:          London Office:
v: 408-243-9898           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-431-100
f: 408-296-6637           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-431-144
e: sanjose@tplgroup.net   london@tplgroup.net

3/9/2004

1
## PROOF OF SERVICE

2

3       I certify that the attached document entitled **DECLARATION OF CHARLES H. MOORE**

4   **IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

5   **PURSUANT TO CIVIL L.R. 6-3** was served on the parties in this action on March 11, 2004 by

6   placing copy(ies) in sealed envelopes addressed as follows:

7

| 8 | Alan R. Plutzik | Russell H. Beatie |
| 9 | L.Timothy Fisher | Curt D. Marshall |
| | Daninel Edward Birkhaeuser | Bbeatie and Osborn LLP |
| | Bramson Plutzik Mahler & Birkhauser | 521 Fifth Avenue |
| 10 | LLP | Suite 3400 |
| | 2125 Oak Grove Road | New York, NY  10175 |
| 11 | Suite 120 | |
| | Walnut Creek, CA  94958 | **By U.S. Mail** |
| 12 | | |
| | **By U.S. Mail** | |
| 13 | | |

14

15

16                                        _____

17                                                Charles H. Moore

18

19

20

21

22

23

24

25

26

27

28

CASE NO. C04 0618 JF