HENNEMAN & SAUNDERS
Floyd Eric Saunders (State Bar No. 87686)
3081 Ponderosa Road
P.O. Box 2215
Arnold, Ca 95223
Telephone: 209-795-6650
Facsimile: 209-795-6659
E-Mail: Ferics@Sbcuc.Net

*Attorneys For Defendants*
CHARLES H. MOORE,
TECHNOLOGY PROPERTIES, LTD.
and DANIEL E. LECKRONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>FUJITSU COMPUTER SYSTEMS CORP., et al.,<br><br>Defendant. | Case No. C 03-5787 (SBA)<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND STATUS REPORT** |

**PRELIMINARY STATEMENT**

On July 14, 2005, this Court held a telephonic Case Management Conference and, at the request of Defendant Technology Properties Limited ("TPL"), continued the stay of this action by 60 days and scheduled a Case Management Conference for September 29, 2005 to allow TPL and the Computer Company Defendants (defined below) to pursue settlement discussions. TPL believes that if given more time further progress can be made towards settlement. In that regard, TPL believes that a further stay of the present litigation for the purpose of permitting all parties to focus exclusively on settlement during the next 60 days is likely to be productive, and that pursuit of the litigation during that period of time could be counterproductive.

## FACTUAL BACKGROUND

Plaintiff Patriot Scientific Corporation ("Patriot") in *Patriot Scientific Corp. v. Fujitsu Computer Systems Corp.*, C 03-5787 (SBA) ("Computer Companies Case") asserts that Defendants Fujitsu, Matsushita, NEC, Sony and Toshiba ("Computer Company Defendants") manufacture and sell products which infringe US Patent Number 5,809,336 ("the '336 patent").

Plaintiff Intel Corp. in *Intel Corp. v. Patriot Scientific Corp.*, C 04-0439 (SBA) ("Intel Case") sought declaratory judgment of noninfringement and/or invalidity of the '336 patent as to products manufactured and sold by Intel customers including Fujitsu, Matsushita, NEC, Sony and Toshiba which incorporate Intel products.

On June 8, 2004, this Court stayed the Computer Companies and Intel Cases pending resolution of another action pending before United States District Judge Jeremy Fogel titled *Patriot Scientific Corp. v. Charles H. Moore, Technology Properties Ltd. and Daniel E. Leckrone*, C-04-0618 JF (HRL) ("Inventorship/Ownership Case"), in the San Jose Division of this Court, brought by Patriot to resolve issues of the inventorship and ownership of a series of related patents ("Moore-Fish patent portfolio") including the '336 patent.

Prior to the June 8, 2004 stay of proceedings, Patriot had filed an amended and supplemental pleading in the Computer Companies Case joining Charles H. Moore ("Moore"), TPL, and Daniel E. Leckrone ("Leckrone") in that action, seeking to resolve the issues of inventorship and ownership as to just the '336 patent.

On June 28, 2004, Intel Corp. entered into a license agreement (Intel License Agreement) with Moore, TPL and TPL Micro Ltd. ("TPL Micro") (Moore, TPL Micro and TPL are, collectively, the "Licensors").  The Intel License Agreement provides Intel with, among other things, a license to make, have made, use, and sell Intel products that practice the '336 patent.  In addition, the Intel License Agreement grants Intel a similar license to the remaining patents of the Moore-Fish patent portfolio.

On December 20, 2004, defendants in the Inventorship/Ownership Case (Moore, TPL and Leckrone) moved to disqualify Patriot's counsel on the grounds that they improperly retained and communicated with the inventors' attorney who prepared the Moore-Fish patent applications.  On

1   March 8 and March 29, 2005, Judge Fogel granted the motion to disqualify and denied Patriot's
2   request for reconsideration, respectively.

3         On February 21, 2005, Patriot executed a license agreement with Advanced Micro
4   Devices Inc. ("AMD") covering the '336 patent as well as the rest of the Moore-Fish patent
5   portfolio.

6         On May 19, 2005, this Court granted Patriot's counsel's Motion for Leave to Withdraw
7   from the present litigation, and ordered the parties to appear for a telephonic Case Management
8   Conference on Wednesday, July 14, 2005 at 2:45 p.m., and to prepare and file a joint Case
9   Management Conference Statement no later than ten (10) days prior to the Case Management
10  Conference, i.e. by June 29, 2005.

11        On June 9, 2005, pursuant to settlement agreement between and among all parties to the
12  Inventorship/Ownership Case, Judge Fogel entered a stipulated judgment ("Stipulated Final
13  Judgment") in that action whereby Patriot's Third Amended Complaint seeking a declaration as
14  to inventorship and ownership of the '336 patent was dismissed with prejudice, and final
15  judgment entered in favor of Moore, TPL and Leckrone on their counterclaims for a declaration
16  that Moore is at least a co-inventor and TPL is at least a co-owner of the '336 patent and each of
17  the remaining patents in the Moore-Fish patent portfolio.  In addition, Patriot waived any and all
18  right to appeal from the Stipulated Final Judgment.

19        By letter dated June 13, 2005, in accordance with this Court's order of June 8, 2004,
20  counsel for Moore, TPL and Leckrone reported to this Court the aforesaid settlement agreement
21  and entry of aforesaid Stipulated Final Judgment in the Inventorship/Ownership Case.  This letter
22  also reported that, pursuant to the agreement whereby the Inventorship/Ownership case was
23  settled, TPL has been granted complete and exclusive authority and responsibility to enforce and
24  license the '336 patent as well as the rest of the patents in the Moore-Fish patent portfolio; that,
25  TPL is actively engaged in settlement negotiation with defendants in the Computer Companies
26  Case; and that, to the extent that settlement cannot be reached, TPL is responsible for further
27  conduct of the Computer Companies Case.

28

1   On June 22, 2005, the parties to the Intel Case entered into a stipulated final judgment
2   dismissing the Intel Case, and the Court dismissed the Intel Case with prejudice.

### TPL'S STATEMENT

Since the July 14, 2005 Case Management Conference, TPL representatives have traveled to Japan several times and to the East Coast of the United States to meet and discuss settlement with senior management representatives of each of the five Computer Companies Case defendants. Although no settlement has been reached, TPL believes that a further stay of the present litigation for the purpose of permitting all parties to focus exclusively on settlement during the next 60 days is likely to be productive, and that pursuit of the litigation during that period of time could be counterproductive.

TPL continues to believe these discussions are likely to be productive because, as noted above, TPL has already separately negotiated settlements with Intel and Patriot, leading to dismissals of both the Intel Case and the Inventorship/Ownership Case. Moreover, as a result of the Intel License Agreement and the Stipulated Final Judgment in the Inventorship/Ownership Case, Intel and its customers including but not limited to the five defendants in the Computer Companies Case are already licensed under the '336 patent for making, using, or selling devices to the extent that they contain *Intel products*. Therefore, the products remaining in this case are those that contain allegedly infringing *non-Intel products*.

If this Court is not willing to continue these proceedings for 60 days, TPL requests thirty days to file a supplemental and/or amended pleading substituting itself for Patriot, submit proposed dates for discovery cut-off, motion cut-off, pretrial and trial.

### COMPUTER COMPANY DEFENDANTS' STATEMENT

The Computer Company Defendants do not object to TPL's request for a continuance of the stay of this litigation for sixty (60) days. If no settlement can be reached within that time, the Computer Company Defendants will meet and confer with TPL's counsel and propose appropriate dates for discovery cut-off, motion cut-off, pretrial and trial.

1  DATED:  September 23, 2005

2  Respectfully submitted,

3

| 4 | HENNEMAN & SAUNDERS<br>Floyd Eric Saunders (State Bar No. 87686)<br>3081 Ponderosa Road<br>P.O. Box 2215<br>Arnold, CA  95223<br>Telephone:  209-795-6650<br>Facsimile:  209-795-6659<br>E-mail:  ferics@sbcuc.net<br><br>By:_____s/F. Eric Saunders_____<br>        F. Eric Saunders<br><br>Attorneys for Defendants CHARLES H. MOORE, TECHNOLOGY PROPERTIES. LTD. and DANIEL E. LECKRONE | ARTHUR I. NEUSTADT*<br>OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT P.C.<br>1940 Duke Street<br>Alexandria, VA 22314<br>Telephone: (703) 413-3000<br>Facsimile: (703) 413-2220<br>Email:  aneustadt@oblon.com<br><br>By:_____s/Arthur I. Neustadt_____<br>        Arthur I. Neustadt<br><br>Attorneys for Defendant<br>TOSHIBA AMERICA, INC. |
|---|---|
| 13 | HAROLD J. MCELHINNY (CA BAR NO. 66781)<br>ROBERT F. KRAMER (CA BAR NO. 181706)<br>DAVID E. MELAUGH (CA BAR NO. 219477)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>Email:  rkramer@mofo.com<br><br>By: _____s/Robert F. Kramer_____<br>        Robert F. Kramer<br><br>Attorneys for Defendant<br>FUJITSU COMPUTER SYSTEMS CORPORATION | JASON KIPNIS (CA BAR NO.168271)<br>PERRY CLARK (CA BAR NO. 197101)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065<br>Telephone:  (650) 802-3000<br>Facsimile:  (650) 802-3100<br>Email:  perry.clark@weil.com<br><br>By:_____s/Perry Clark_____<br>        Perry Clark<br><br>Attorneys for Defendant<br>MATSUSHITA ELECTRIC CORP. OF AMERICA |

22

23

24  *Admitted to Bar of the United States District Court
25   for the Northern District of California on May 10, 1990.

26

27

28

JOINT CMC STATEMENT AND REPORT
CASE NO. C 03 5787 (SBA)
sf-2004814

5

| | |
|---|---|
| ANTHONY H. SON (CA BAR NO. 190478)<br>FOLEY & LARDNER LLP<br>Washington Harbour<br>3000 K Street N.W., Suite 500<br>Washington, D.C. 200007<br>Telephone: (202) 295-4057<br>Facsimile: (202) 672-5399<br>Email:  ason@foley.com<br><br>By:_____s/Anthony H. Son_____<br>      Anthony H. Son<br><br>Attorneys for Defendant<br>NEC SOLUTIONS (AMERICA), INC. | PHILIP J. MCCABE (CA BAR NO. 201092)<br>JOHN FLOCK<br>SHAWN W. O'DOWD (CA BAR NO. 188151)<br>KENYON & KENYON<br>One Broadway<br>New York, NY 10004<br>Telephone: (212) 908-6146<br>Facsimile: (212) 425-5288<br>Email:  sodowd@kenyon.com<br><br>By:_____s/Shawn W. O'Dowd_____<br>      Shawn W. O'Dowd<br><br>Attorneys for Defendant<br>SONY CORPORATION OF AMERICA |

**GENERAL ORDER 45 ATTESTATION**

I, Robert F. Kramer, am the ECF user whose ID and password are being used to file this **JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND REPORT ON THE STATUS OF CASE NUMBER C-03-5787 SBA**.  In compliance with General Order 45, X.B., I hereby attest that each of the above-listed attorneys have concurred in this filing.

                                                /s/ Robert F. Kramer