POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

1 | Charles T. Hoge (110696)
**POST KIRBY NOONAN & SWEAT LLP**
2 | 600 West Broadway, Suite 1100
San Diego, California 92101-3387
3 | Telephone: (619) 231-8666
Facsimile: (619) 231-9593
4 | E-Mail: hoge@pkns.com

5 | Attorneys for Plaintiff
PATRIOT SCIENTIFIC CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRIOT SCIENTIFIC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>FUJITSU COMPUTER SYSTEMS CORPORATION, MATSUSHITA ELECTRIC CORPORATION OF AMERICA, NEC SOLUTIONS (AMERICA), INC., SONY ELECTRONICS INC., TOSHIBA AMERICA, INC., CHARLES H. MOORE, TECHNOLOGY PROPERTIES LTD., and DANIEL E. LECKRONE,<br><br>Defendants. | Civil Action No. C03 5787 (SBA/WDB)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PKNS\388143.1

NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
Case No. C03 5787 (SBA/WDB)

1  Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff Patriot
2  Scientific Corporation voluntarily dismisses this action without prejudice.
3  Dated: October 24, 2005          POST KIRBY NOONAN & SWEAT LLP
4
5                                   By: _____
6                                       Charles T. Hoge
                                        Attorneys for Plaintiff
7                                       PATRIOT SCIENTIFIC CORPORATION
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

PKNS\388143.1                -2-           NOTICE OF VOLUNTARY DISMISSAL
                                                    WITHOUT PREJUDICE

## PROOF OF SERVICE

*Patriot Scientific Corp. v. Fujitsu Computer Systems Corp., et al.*
United States District Court Case No. C03 5787 (SBA/WDB)

I, the undersigned, declare: That I am, and was at the time of service of the papers herein referred to, over the age of eighteen years, and not a party to the action; and I am employed in the County of San Diego, California, in which county the within-mentioned mailing occurred. My business address is 600 West Broadway, Suite 1100, San Diego, California 92101-3387.

On October 24, 2005, at San Diego, California, I served the following document(s) described as **APPEARANCE and NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** on the parties in said action by placing a true copy thereof in a separate sealed envelope for each addressee named hereafter, addressed to each such addressee respectively as stated on the attached service list, which reflects the address last given by each such addressee on any document filed in the action and served on this office.

### SEE ATTACHED LIST

☒ **BY MAIL:** I am readily familiar with our business practice for collecting, processing and mailing correspondence and pleadings with the United States Postal Service. Such correspondence and pleadings are deposited with the United States Postal Service on the same day that they are placed for mailing in the ordinary course of business. I sealed each envelope and, with the postage thereon fully prepaid, placed it for mailing in accord with our business' practice. (C.C.P. § 1013(a) and (b))

☒ **FEDERAL COURT:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 24, 2005, at San Diego, California.

*/s/ Cynthia Frederick*
CYNTHIA ANN FREDERICK

POST KIRBY NOONAN & SWEAT LLP
ONE AMERICA PLAZA
600 WEST BROADWAY, SUITE 1100
SAN DIEGO, CALIFORNIA 92101-3387

PKNS\388157.1

# SERVICE LIST

John J. Feldhaus
Foley & Lardner LLP
Washington Harbour
3000 K Street, N.W.
Washington, D.C. 20007

John Flock
John R. Hutchins
Kenyon & Kenyon
River Park Towers
333 W. San Carlos St., Suite 600
San Jose, CA 95110

Jason D. Kipnis
Weil Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

PKNS\388157.1

-2-