1

2

3

4

5

6

7

8

9

10

11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15    PATRIOT SCIENTIFIC CORPORATION,              Case No. C 03-5787 SBA

16    *Plaintiff,*                                 **ORDER GRANTING LEAVE TO FILE**
                                                   **REPLY IN SUPPORT OF PLAINTIFFS'**
17              v.                                  **CIVIL L.R. 3-12 ADMINISTRATIVE**
                                                   **MOTION**
18    FUJITSU COMPUTER SYSTEMS CORP., et al.,

19    *Defendants.*

20

21    INTEL CORPORATION,                           Case No. C 04-0439 SBA

22    *Plaintiff,*

23              v.

24    PATRIOT SCIENTIFIC CORPORATION,

25    *Defendant*.

26

27

28

[PROPOSED] ORDER GRANTING LEAVE TO FILE REPLY ISO PLAINTIFFS' CIVIL L.R. 3-12 ADMINISTRATIVE MOTION
sf-2049355

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | FUJITSU COMPUTER SYSTEMS CORPORATION; FUJITSU LIMITED; FUJITSU COMPUTER PRODUCTS OF AMERICA, INC.; FUJITSU MICROELECTRONICS AMERICA, INC.; FUJITSU GENERAL AMERICA, INC.; FUJITSU TEN CORPORATION OF AMERICA, |

Case No. C 05 4837 MJJ

Plaintiffs,

v.

PATRIOT SCIENTIFIC CORPORATION; TECHNOLOGY PROPERTIES LIMITED, INC.; CHARLES H. MOORE,

Defendants.

TOSHIBA AMERICA, INC.; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; and TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C.

Case No. C 05 4838 RS

Plaintiffs,

v.

PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, and TECHNOLOGY PROPERTIES LTD.

Defendants.

PANASONIC CORPORATION OF NORTH AMERICA (formerly known as MATSUSHITA ELECTRIC CORPORATION OF AMERICA) and MATSUSHITA ELECTRICAL INDUSTRIAL CO., LTD.,

Case No. C 05 4844 RS

Plaintiff,

v.

PATRIOT SCIENTIFIC CORPORATION, CHARLES H. MOORE, TECHNOLOGY PROPERTIES LIMITED, INC., and DANIEL E. LECKRONE,

Defendants.

| | |
|---|---|
| 1  JVC AMERICAS CORPORATION,<br><br>2       Plaintiff,<br><br>3       v.<br><br>4<br>PATRIOT SCIENTIFIC CORPORATION,<br>5  CHARLES H. MOORE, TECHNOLOGY<br>PROPERTIES LIMITED, INC., and DANIEL E.<br>6  LECKRONE,<br><br>7  Defendants. | Case No. C 05 4845 JCS |
| 8<br>9  NEC CORPORATION, NEC ELECTRONICS<br>AMERICA, INC., NEC AMERICA, INC., NEC<br>DISPLAY SOLUTIONS OF AMERICA, INC.,<br>10  NEC SOLUTIONS (AMERICA), INC., NEC<br>UNIFIED SOLUTIONS, INC.,<br>11<br>       Plaintiffs,<br>12       v.<br>13<br>TECHNOLOGY PROPERTIES LIMITED,<br>14  INC., CHARLES H. MOORE, and PATRIOT<br>SCIENTIFIC CORPORATION,<br>15<br>Defendants. | Case No. C 05 4847 JCS |

16

17     Having reviewed the papers submitted by counsel and for good cause shown,

18     IT IS HEREBY ORDERED that the Motion Seeking Leave to File a Reply In Support of

19  Plaintiffs' Civil L.R. 3-12 Administrative Motion is GRANTED.  Such Reply will be deemed

20  filed and the matter deemed submitted as of the date of this Order.

21

22  Dated: 12/13/05

23

24  _____
    SAUNDRA B. ARMSTRONG
25  United States District Judge

26

27

28